UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: CORONAVIRUS/COVID-19 PANDEMIC | M10-468<br><br>STANDING ORDER |

THIS MATTER RELATES TO: Entry Into Courthouses

In order to protect public health, and in recognition of the national emergency that was declared by the President of the United States on March 13, 2020, the United States District Court for the Southern District of New York hereby issues the following order:

The United States Courthouses in Manhattan, White Plains and Poughkeepsie will remain open for business, but access to the buildings will be restricted. Security will only permit access to the following persons:

- Persons who have been ordered to appear by any judge of the Southern District of New York;

- Debtors, creditors and their attorneys who have case-related business before the Bankruptcy Court;

- Government employees who work in the courthouse and are authorized to appear by their employer;

- Contractors who are authorized to appear by the Office of the District Executive;

- United States Postal Service mail carriers, private mail carriers and private delivery services;

- Law enforcement personnel;

- Credentialed courthouse press;

- Family members of criminal defendants who are attending scheduled proceedings;

- Persons with an interest in attending scheduled criminal trials;

- Victims and their family members who are attending scheduled proceedings;

- Jurors in ongoing trials and grand jurors; and

3

- Persons designated by the Chief Judge of the United States Court of Appeals for the Second Circuit.

Persons otherwise authorized to enter must pass the screening protocol that can be found in the Second Amended Standing Order in the matter now entitled *In re Coronavirus/COVID-19 Pandemic* (M-10-468), entered March 13, 2020, which can be found at https://nysd.uscourts.gov/covid-19-coronavirus.  No one will be permitted to enter in violation of that protocol.

SO ORDERED.

Dated:   March 15, 2020
         New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge

3